IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>LUCIOUS D. MACK,<br><br>Defendant. | CRIMINAL ACTION FILE NO.<br>1:19-CR-00459-WMR-CCB-1 |

## ORDER

This matter is before the Court on defense counsel's Motion to Withdraw as Attorney. [Doc. 68]. Having considered the Motion, the status of the case, and other appropriate matters of record, the Court **DENIES** the Motion and the request of Defendant's counsel to withdraw. [Doc. 68].

**IT IS SO ORDERED**, this 21st day of April, 2021.

_____
WILLIAM M. RAY, II
UNITED STATES DISTRICT JUDGE

1